UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANI J. KOSE,<br><br>          Plaintiff,<br><br>     v.<br><br>H. SIEZ, et al.,<br><br>          Defendants. | Case No.: 1:23-cv-00557-KES-CDB<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RE: EXTENSION OF TIME TO FILE JOINT STATUS REPORT**<br><br>(Doc. 36) |

Plaintiff Wani J. Kose is proceeding pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment failure to protect claim against Defendant Saiz and his Eighth Amendment deliberate indifference to serious medical needs claims against Defendants Negre and Walker.

**I.     INTRODUCTION**

On January 13, 2025, Defendants filed a motion for administrative relief, asking the Court to stay these proceedings, vacate the dispositive motion filing deadline, and to set this matter for a settlement conference. (Doc. 34.)

On January 16, 2025, the Court issued its Order Denying Defendants' Motion for Administrative Relief Re: Order Setting Settlement Conference and to Stay Case Deadlines. (Doc. 35.) Relevant here, the parties were directed to meet and confer, within 14 days, concerning available dates and times for a pretrial conference and trial before District Judge Kirk E. Sherriff,

and to file a joint status report within 21 days. (*Id*. at 5-6.) If the parties wished to participate in a settlement conference, they were also to provide available dates and times for a settlement conference. (*Id*. at 6.)

On February 5, 2025, Defendants moved for a 7-day extension of time within which to file the joint status report. (Doc. 36.)

## II.     DISCUSSION

Defense counsel states she contacted Plaintiff's housing institution to determine a mutually agreeable date and time for a telephone conference with Plaintiff; the conference was scheduled for January 29, 2025, at 8 a.m. (Doc. 36 at 3, ¶ 3.) However, defense counsel did not receive a telephone call on that date. (*Id*., ¶ 4.) Counsel has been in contact with the institution to determine another mutually agreeable date and time for the telephone conference—it is now scheduled for February 7, 2025, at 8:30 a.m. (*Id*.) Because defense counsel has been unable to confer with Plaintiff, a joint status report cannot be finalized between the parties. (*Id*., ¶ 5.) A 7-day extension of time will allow the parties to file a joint status report. (*Id*., ¶ 6.)

The Court finds good cause to grant Defendants' motion and to extend the relevant deadline.  The Court separately will require Defendants to report to the Court their dates of availability to attend pretrial conference and proceed to trial in the event counsel for Defendants is unsuccessful in communicating with Plaintiff regarding mutual dates of availability.

## III.     CONCLUSION AND ORDER

Accordingly, this Court **HEREBY ORDERS**:

1. Defendants' motion for administrative relief (Doc. 36) is **GRANTED**;
2. The parties **SHALL** file their joint status report **no later than February 13, 2025**, as outlined in the Court's January 16, 2025, order; and

*Remainder of This Page Intentionally Left Blank*

2

3. In the event defense counsel is unable to timely meet with Plaintiff as planned, counsel **SHALL** file a status report, **no later than February 13, 2025**, reflecting her and Defendants' dates of availability to appear for the pretrial conference and trial to be heard before District Judge Kirk E. Sherriff.

IT IS SO ORDERED.

Dated:   **February 6, 2025**                      _____
                                                    UNITED STATES MAGISTRATE JUDGE

3