UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANI J. KOSE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>H. SIEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-00557-KES-CDB<br><br>**ORDER RE STIPULATION FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE**<br><br>(Doc. 57) |

On October 9, 2025, the parties filed a Stipulation for Voluntary Dismissal with Prejudice of Defendants. (Doc. 57.) The stipulation is signed and dated by Plaintiff Wani J. Kose and by Patricia M. Kealy, counsel for Defendants A. Negre, H. Saiz, and M. Walker. (*Id.*) It indicates that the parties stipulate to a dismissal of this action with prejudice and each party is to bear its own litigation costs and attorney's fees. (*Id.*)

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to terminate all pending motions and deadlines and to close this case.

IT IS SO ORDERED.

Dated:　**October 10, 2025**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE