UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANI J. KOSE,<br><br>              Plaintiff,<br><br>      v.<br><br>H. SIEZ, et al.,<br><br>              Defendants. | Case No.: 1:23-cv-00557-KES-CDB<br><br>**ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE WANI J. KOSE, CDCR NO. BB-4669** |

The status conference previously set for October 17, 2025, in this matter has been vacated. Inmate Wani J. Kose, CDCR No. BB-4669, is no longer needed by the Court as a participant in proceedings on that date, and the writ of habeas corpus ad testificandum issued October 1, 2025, as to this inmate is HEREBY DISCHARGED.

The Clerk of the Court is directed to serve a copy of this Order via fax on the Litigation Office at the California Health Care Facility at (209) 467-2676 or via email.

IT IS SO ORDERED.

Dated:   **October 10, 2025**

UNITED STATES MAGISTRATE JUDGE